**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | | |
|---|---|---|
| VERNELL CEPHUS, | ) | NO. CV 17-00638-PA (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| DONALD S. KENNEDY, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: __May 12_____, 2017.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE